# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1168**
**CAF 15-01576**
PRESENT: CARNI, J.P., LINDLEY, DEJOSEPH, CURRAN, AND TROUTMAN, JJ.

---

IN THE MATTER OF MICHELLE K. RUSIECKI,
PETITIONER-APPELLANT,

V                                                              ORDER

AARON J. MARSHALL, RESPONDENT-RESPONDENT.
(APPEAL NO. 2.)

---

DEBORAH J. SCINTA, ORCHARD PARK, FOR PETITIONER-APPELLANT.

NUCHERENO & NAGEL, BUFFALO (MARTEN R. VIOLANTE OF COUNSEL), FOR RESPONDENT-RESPONDENT.

MICHELE A. BROWN, ATTORNEY FOR THE CHILD, BUFFALO.

---------------------------------------------------------------------------------------------------------

　　　Appeal from an order of the Family Court, Erie County (Mary G. Carney, J.), entered August 18, 2015 in a proceeding pursuant to Family Court Act article 6.  The order granted the motion of respondent to dismiss the petition.

　　　It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see generally Matter of Chendo O.*, 175 AD2d 635, 635).

Entered:  February 3, 2017                              Frances E. Cafarell
                                                        Clerk of the Court